[No. 9680–7–III.   Division Three.   May 3, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH F. CARTER, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 87–1–00285–1, Yancey Reser, J., entered May 31, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Shields, J.

[No. 9955–5–III.   Division Three.   May 3, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DION FOXTON, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 89–1–00004–3, Evan E. Sperline, J., entered April 14, 1989. *Affirmed* by unpublished opinion per Green, A.C.J., concurred in by Thompson and Shields, JJ.

[No. 9921–1–III.   Division Three.   May 3, 1990.]

TERESA DITOMMASO ROBINSON, *Appellant,* v. RICHARD C. SMITH, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 87–2–01726–4, Ted Kolbaba, J., entered March 20, 1989. *Affirmed* by unpublished opinion per Shields, J., concurred in by Green, A.C.J., and Thompson, J.

[No. 9254–2–III.   Division Three.   May 3, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. LINDA LORENE YOUNG, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 87–1–00415–9, Duane E. Taber, J., entered March 11, 1988. *Reversed* by unpublished opinion per Munson, C.J., concurred in by Thompson and Shields, JJ.